**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **SAMUEL L. JOHNSON,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-00217-KD-B |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 29, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 20th day of September, 2006.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE